| CRIMINAL COMPLAINT | |
|---|---|
| United States District Court | DISTRICT of ARIZONA |
| United States of America<br>v.<br>Daniel ZAMUDIO-VAZQUEZ<br>YOB: 1989; Mexican National | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-04332MJ |

**Complaint for violation of:** Title 18, United States Code, Section 554(a).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 13, 2025, at or near the Nogales, Arizona, in the District of Arizona, Daniel Zamudio Vasquez, knowingly attempted to export from the United States a firearm and magazines, to wit: a gold in color AK 47 firearm variant, and a 75 round drum and 40 round magazine, knowing that to smuggle such items out of the United States was contrary to law, in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 13, 2025, Daniel ZAMUDIO Vazquez, conspired with unknown conspirators to traffic a firearm from United States to the Republic of Mexico. ZAMUDIO attempted to cross into Mexico, utilizing a southbound lane through the Mariposa Port of Entry. A secondary inspection discovered a gold in color AK 47 firearm variant, a 75 round drum magazine and a 40-round magazine.

During the mirandized custodial interview, ZAMUDIO admitted traveling to Tucson, Arizona, as part of his regular tortilla delivery route and was told to pick up a firearm from an unknown coconspirator in Tucson, Arizona. ZAMUDIO was then supposed to drive the weapon back into the republic of Mexico and receive a payment of $500.00 USD. The weapon and magazines were wrapped in plastic and in a backpack located in the back of the truck. ZAMUDIO admitted he knew the firearm was going to a member of the Mafia on the West side of Nogales, Sonora, Mexico.



**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| WARRANT AND DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUSA<br>David Petermann | SIGNATURE OF COMPLAINANT<br>(official title) JOSEPH J MILLIK *Digitally signed by JOSEPH J MILLIK Date: 2025.01.14 12:41:27 -07'00'* |
|---|---|
| | OFFICIAL TITLE<br>HSI Agent Joseph Millik |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE<br>*Maria S. Aguilera* | DATE<br>01/14/2025 |